**HONE LAW**
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

Nitoj P. Singh, CA Bar No. 265005*
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Phone  415-433-1700
Fax      415-520-6593
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*
*National Specialty Pharmacy LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MAYBELLINE SANA, an individual; RAYNE BRIDGES, an individual; and DOES 1 to 49, inclusive,<br><br>Defendants. | Case No. 2:25-cv-295<br><br>**NATIONAL SPECIALTY PHARMACY LLC'S FRCP 7.1 DISCLOSURE STATEMENT AND LR 7.1-1 CERTIFICATE OF INTERESTED PARTIES** |

The undersigned attorney of record for Plaintiff National Specialty Pharmacy LLC ("Plaintiff" or "NSP"), certifies as follows:

1. NSP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. (*See* FRCP 7.1(a)(1).)

2. Plaintiff is a foreign limited liability company, formed and organized under the laws of Delaware and registered with the Nevada Secretary of State as a foreign corporation. (*See* FRCP 7.1(a)(2).)

///

1

3.      The following may have a direct, pecuniary interest in the outcome of this case:

SSD Medventures LLC, a Nevada Limited Liability Company, is the Managing Member of NSP.  Sanjiv S. Dhawan, an individual and resident of California, is the Managing Member of SSD Medventures LLC.  Suraj Dhawan, an individual and resident of California, is a Member of SSD Medventures LLC.

4.      These representations are made to enable judges of the court to evaluate possible disqualifications or recusal. (See LR 7.1-1.)

A supplemental disclosure statement will be promptly filed upon any change in the information stated above.

Dated this 13th day of February, 2025.

HONE LAW

*/s/ Jennifer W. Arledge*
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

Nitoj P. Singh, CA Bar No. 265005*
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*
*National Specialty Pharmacy LLC*