UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| National Specialty Pharmacy LLC,<br><br>        Plaintiff<br><br>v.<br><br>Maybelline Sana, et al.,<br><br>        Defendants | Case No. 2:25-cv-00295-CDS-MDC<br><br>**Order Striking Duplicate Filing**<br><br>[ECF No. 10] |

On March 3, 2025, pro se defendant Rayne Bridges filed a motion to dismiss plaintiff National Specialty Pharmacy LLC's complaint. ECF No. 10. Two days later, Bridges refiled the same motion. ECF No. 13. Given that the content of the motions is identical, except for the inclusion of Bridges's handwritten signature, it appears that Bridges was intending to file a corrected image. Because Bridges's recent filing includes a signature, the original motion to dismiss **[ECF No. 10] is stricken** as duplicative. National Specialty Pharmacy's response to the motion to dismiss (ECF No. 13) is due by March 17, 2025. All other original deadlines remain the same (certificate of interested parties due by March 13, 2025; discovery plan/scheduling order due by April 17, 2025).

Dated: March 7, 2025

_____
Cristina D. Silva
United States District Judge