UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

National Specialty Pharmacy LLC,

    Plaintiff

v.

Maybelline Sana,

    Defendant

Case No. 2:25-cv-00295-CDS-MDC

**Dismissal of Defendant Maybelline Sana**

[ECF No. 36]

    Plaintiff National Specialty Pharmacy LLC stipulates to voluntarily dismiss defendant Maybelline Sana from this action. ECF No. 36. "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Rule 41(a) is clear that the entry of such a dismissal is effective automatically and does not require judicial approval. Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation of dismissal that is signed by all whom have made an appearance, defendant Maybelline Sana is terminated. Consequently, Sana's motion to dismiss **[ECF No. 20]** and motion to grant her motion to dismiss **[ECF No. 27] are DENIED as moot**.

    Dated: June 27, 2025

                                                              _____
                                                              Cristina D. Silva
                                                              United States District Judge