WILLIAM H. HEATON
Nevada Bar No. 1097
JONATHAN W. HEATON
Nevada Bar No. 12592
HEATON LEGAL GROUP, LLC
7285 Dean Martin Dr, Ste 180
Las Vegas, NV 89118
Telephone:  702-329-9901
Facsimile:    702-763-7385
jon@heatonlegalgroup.com
*Attorneys for Defendant*
*Rayne Bridges*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAYBELLINE SANA, an individual; RAYNE BRIDGES, an individual; and DOES 1 to 49, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00295-CDS-MDC<br><br>**DEFENDANT RAYNE BRIDGES' LIMITED OBJECTION TO REPORT AND RECOMMENATIONS TO GRANT MOTION TO DISMISS BY NATIONAL SPECIALTY PHARMACY LLC** |

The Report and Recommendation to Grant Motion to Dismiss by National Specialty Pharmacy (ECF No. 38), which recommends granting Plaintiff's motion to dismiss, appears to erroneously reference ECF No. 13 as the motion being granted. ECF No. 13 is Defendant Rayne Bridges' motion to dismiss which she filed as a pro se litigant before retaining counsel, and also includes the counterclaims analyzed in the Report and Recommendations. Defendant Bridges therefore submits this Limited Objection for the purpose of clarifying that the Report and Recommendations appears to be intended to grant Plaintiff's Motion to Dismiss Defendant

1  Bridges' Counterclaim (ECF No. 23).  Ms. Bridges' current understanding is that although the
2  Report and Recommendations addresses her counterclaims, her motion to dismiss Plaintiff's
3  Complaint which is contained in ECF No. 13 is still pending with the Court.
4       DATED this 11th day of July, 2025.

HEATON LEGAL GROUP, LLC

   /s/ Jonathan W. Heaton
JONATHAN W. HEATON

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of July, 2025, I caused the foregoing **DEFENDANT RAYNE BRIDGES' LIMITED OBJECTION TO REPORT AND RECOMMENATIONS TO GRANT MOTION TO DISMISS BY NATIONAL SPECIALTY PHARMACY LLC** to be served by CM/ECF on the following parties:

Jennifer W. Arlege
Kelly B. Stout
HONE LAW
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Plaintiff*

Nitoj P. Singh
Anthony J. Fusaro, Jr.
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
*Attorneys for Plaintiff*

Maybelline Sana
5345 Tartan Hill Ave.
Las Vegas, NV 89141
*Defendant, Pro Se*

DATED this 11th day of July, 2025.

                                                   /s/ Jonathan W. Heaton
                                                JONATHAN W. HEATON