# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| National Specialty Pharmacy LLC, | Case No. 2:25-cv-00295-CDS-MDC |
| Plaintiff | **Order Denying as Moot All Pending Motions, Reports and Recommendations, and Closing Case** |
| v. | |
| Rayne Bridges, | [ECF No. 13, 23, 38, 44] |
| Defendant | |

Plaintiff National Specialty Pharmacy LLC and defendant Rayne Bridges stipulate to dismiss this case. ECF No. 45. Under Rule 41, a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

Once the stipulation is properly filed, no order of the court is necessary to effectuate dismissal. Because the parties have filed a stipulation of dismissal of this matter with prejudice that is signed by all whom have made an appearance, this case has terminated.

Accordingly, it is ordered that Bridges's motion to dismiss and counterclaims **[ECF No. 13]**, National Pharmacy's motion to dismiss **[ECF No. 23]**, and the magistrate judge's reports and recommendations **[ECF Nos. 38, 44] are DENIED as moot**.

Dated: September 8, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] National Specialty and defendant Maybelline Sana settled their dispute and filed a stipulated dismissal on June 24, 2025. ECF No. 36.