# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| National Specialty Pharmacy LLC, | Case No. 2:25-cv-00295-CDS-MDC |
| Plaintiff | **Order Granting Motions to Withdraw as Counsel of Record** |
| v. | |
| Rayne Bridges, | [ECF Nos. 40, 41, 42, 43] |
| Defendant | |

The law firms of Dhillon Law Group Inc. and Hone Law—counsel to plaintiff National Specialty Pharmacy LLC ("NSP")—move to withdraw as counsel of record. ECF Nos. 40–44.

Local Rule IA 11-6(b) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Here, attorney Jennifer W. Arledge avers on behalf of Hone Law that continued representation of NSP will result in an unreasonable financial burden on Hone Law. Arledge decl., ECF No. 40 at 3; ECF No. 41 at 3. She further states that Hone Law served a copy of its motion on all parties. *Id.* Attorney Nitoj P. Singh's declaration asserts that differences of opinion as to strategy have arisen, NSP has failed substantially to fulfill its obligation for services, and there has been an irreconcilable breakdown of the attorney-client relationship. Singh decl., ECF No. 42 at 2; ECF No. 43 at 2. Singh further declares that, in compliance with Local Rule 11-5, Dhillon Law Group notified NSP of its intent to withdraw as counsel on June 25, 2025, and later provided a copy of its motion on August 1, 2025. *Id.* at 3.

The Court finds that good cause exists to grant counsels' motions to withdraw **[ECF Nos. 40, 41, 42, 43]**. Further, because the remaining parties have stipulated to dismiss this action in its entirety, and the case is closed, their withdrawal will not result in a delay in discovery, the trial, or any hearing. Local Rule IA 11-6(e).

Dated: September 9, 2025

_____
Cristina D. Silva
United States District Judge